No. 92–6919. WHITAKER *v.* ALAMEDA COUNTY SUPERIOR COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6920. SEAGRAVE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–6922. WARNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6923. GARDNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6924. GUTIERREZ-MEDEROS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6925. FOWLER *v.* ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–6926. HERMAN *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6927. SMITH *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6928. WATSON *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–6929. WOLFENBARGER *v.* LOVE, JUDGE, ET AL.; and WOLFENBARGER *v.* COURT OF APPEALS OF KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–6930. STEVENS *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 92–6932. DICKERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6933. ALVAREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–6935. LEWIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.